22 A.3d 1020

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald WHEELER, Petitioner.**

Supreme Court of Pennsylvania.

June 21, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2011, the Petition for Allowance of Appeal is hereby **DENIED.** The Application for Consolidation is dismissed as moot.